UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITIZENS OF THE EBEY'S RESERVE FOR A HEALTHY, SAFE AND PEACEFUL ENVIRONMENT, )
)
)
)

Plaintiff, )

v. )

UNITED STATES DEPARTMENT OF THE NAVY, et al., )
)
)

Defendants. )

Case No. 2:26-CV-00155-JHC

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Before the Court is Defendants' Unopposed Motion for an extension of time until March 30, 2026 to file a response to the Plaintiffs' complaint. Dkt. # 8. The Court GRANTS the Motion.

Dated this 19th day of March, 2026.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Order Granting
Unopposed Motion to Extend Time
2:26-CV-00155

1