IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITIZENS OF THE EBEYS RESERVE
FOR A HEALTHY SAFE AND
PEACEFUL ENVIRONMENT,

        Plaintiff,

  v.

UNITED STATES DEPARTMENT OF
THE NAVY, et al.,

        Defendants.

NO. 2:26-cv-00155-JHC

**ORDER GRANTING MOTION TO EXTEND THE TIME TO RESPOND TO FEDERAL DEFENDANTS' MOTION FOR PARTIAL DISMISSAL**

NOTE ON MOTION CALENDAR April 27, 2026

Having considered the stipulated motion (Dkt. # 15) seeking extensions of the deadlines to file response and reply briefs to Defendants' motion for partial dismissal, it is hereby ORDERED that the motion is GRANTED.  The deadline to file a response brief is extended from April 20, 2026 to May 26, 2026.  The deadline to file a reply brief is extended from April 27, 2026 to June 9, 2026.

The Court DIRECTS the clerk to re-note the motion for partial dismissal at Dkt. # 10 for June 9, 2026.

//

//

//

ORDER GRANTING MOTION TO EXTEND THE TIME TO RESPOND TO
FEDERAL DEFENDANTS' MOTION  FOR PARTIAL DISMISSAL - 1

Dated this 6th day of April, 2026.

_John H. Chun_

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE