UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITIZENS OF THE EBEY'S RESERVE FOR A HEALTHY, SAFE AND PEACEFUL ENVIRONMENT, Plaintiff, v. UNITED STATES DEPARTMENT OF THE NAVY, et al., Defendants. | Case No. 2:26-CV-00155-JHC ORDER GRANTING STIPULATED MOTION TO STAY DEADLINES SET FORTH IN THE COURT'S ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT |

The matter comes before the Court on the parties' Stipulated Motion to Stay Deadlines Set Forth in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement.  Dkt. # 18.  The Stipulated Motion is GRANTED.  The deadlines set forth in the Court's April 29, 2026 Order (Dkt. 17) are STAYED until 14 days after the Court issues a decision on Defendants' pending Motion for Partial Dismissal of the Complaint.

Dated this 15th day of May, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Order Granting
Stipulated Motion to Stay
2:26-CV-00155

1